DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. BOX 1513
SPOKANE WA 99210-1513
(509) 747-8481

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re: Thain, Amber & Matthew        ) Case No. 10-06814-PCW13
                                     )
                                     ) Stipulated Modification of Plan
                                     )
                                     )
              Debtor(s).             )

    Daniel H. Brunner, Trustee in the above-entitled proceeding, and Amber & Matthew Thain, debtors, by and through their attorney, Noel Pitner, stipulate and agree that the Chapter 13 Plan is modified to provide as follows:

    The plan payment shall be $1,557.00 per month beginning March 2011.

    The plan base is $93,351.83

    The Trustee shall pay the continuing mortgage claim to BAC Home Loans at $1,181.79 per month beginning January 2011.

    The Trustee shall pay the mortgage arrearage claim to BAC Home Loans in the amount of $5,027.16 on a pro rata basis..

STIPULATED MODIFICATION - 1

1   All other aspects of the plan remain unchanged.

2

3   DATED: 2-16-11                    Daniel H. Brunner
4                                     Chapter 13 Trustee

5

6                                     By: /s/ Patty Brown
7                                     Patty Brown, Staff Attorney

8

9   DATED: 2-16-11                    By: /s/ Noel Pitner
10                                    Noel Pitner,
11                                    Attorney for Debtor(s)

12
            **CERTIFICATE**
13

14   There were no changes to the plan or to the treatment of creditors by this

15   Stipulation which adversely affected creditors; therefore no service of the

16   Stipulation was made on creditors.

17

18   DATED: 2-16-11                   By: /s/ Noel Pitner
                                      Noel Pitner,
19                                    Attorney for Debtor(s)

20
21
22
23
24
25

STIPULATED MODIFICATION - 2